In the Matter of the Claim of PETER WAITKIENIE, Respondent, against ALGERNON BLAIR, General Contractor, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for

eargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHARLES DISPENZA, JR., Respondent, against JOHN HANCOCK LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.